No. 84–83.   TRAPF *v.* LOHR ET AL.   Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question.